UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| GADDIE EYE CENTER, et al. | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:17-CV-701-CRS |
| | ) |
| VISION SERVICE PLAN INSURANCE CO. | ) |
| | ) |
| DEFENDANT | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of the Parties and the Court being otherwise sufficiently advised,

IT IS ORDERED that this action is **DISMISSED**, with prejudice. Each party is responsible for its own costs and attorney fees.

HAVE SEEN AND AGREED TO:

/s/Donald L. Cox (by DJK with permission)
Donald L. Cox
doncox@lynchcox.com
John D. Cox
jcox@lynchcox.com
Dylan R. Maschmeyer
dmaschmeyer@lynchcox.com
LYNCH, COX, GILMAN & GOODMAN, P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
*Counsel for Plaintiffs, Gaddie Eye Center, LLC and Dr. Ian Benjamin Gaddie, O.D.*

/s/Donald J. Kelly
Donald J. Kelly
dkelly@wyattfirm.com
Allison L. Brown
abrown@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
502.589.5235
*Counsel for Defendant, Vision Service Plan Insurance Co.*

IT IS SO ORDERED.

February 14, 2018



Charles R. Simpson III, Senior Judge
United States District Court